IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BAUERMEISTER, Shareholder, Hmong Satellite TV, Inc., | ) ) ) ) | 8:11CV343 |
| Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| STATE OF WISCONSIN, SUAB HMONG BROADCASTING, and HMONG T.V., LLC, | ) ) ) ) | |
| Defendants. | ) | |

   Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

   IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

   DATED this 27th day of October, 2011.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge